1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    2:02-cr-481-GEB
                                       )
12                  Plaintiff,         )
                                       )
13        v.                           )    RELATED CASE ORDER
                                       )
14  JOSE RAMOS, a/k/a RAFAEL REYES     )
    VARGAS,                            )
15                                     )
                    Defendant.         )
16  _____)
                                       )
17  UNITED STATES OF AMERICA,          )    2:08-cr-256-FCD
                                       )
18                  Plaintiff,         )
                                       )
19        v.                           )
                                       )
20  JOSE RAMOS, a/k/a PABLO RAMOS      )
    RAMIREZ, a/k/a RAFAEL VARGAS-REYES,)
21                                     )
                    Defendant.         )
22  _____)

23         On June 11, 2008, the United States filed a "Notice of
24  Related Cases" in which it states "[t]hese cases are related within
25  the meaning of Local Rule 83-123(a), in that both cases involve the
26  defendant's violations of the same statute, 8 U.S.C. § 1326.  In
27  the 2002 case, proceedings for a violation of supervised release
28

                                    1

1 | are pending.  The violation alleged in those proceedings is
2 | precisely the same violation alleged in the 2008 case."
3 |    Examination of the above-entitled matters reveals
4 | they are related within the meaning of Local Rule 83-123(a).
5 | Accordingly, the assignment of the matters to the undersigned judge
6 | is likely achieve judicial economy.
7 |    THEREFORE action 2:08-cr-256-FCD is reassigned to Judge
8 | Garland E. Burrell, Jr. for all further proceedings.  Henceforth,
9 | the caption on documents filed in the reassigned case shall show
10 | the initials "GEB" instead of the other judge's initials.  Further,
11 | a status conference is scheduled to commence in action 2:08-cr-256-
12 | GEB at 9:00 a.m. on July 11, 2008 in Courtroom 10.
13 |    IT IS FURTHER ORDERED that the Clerk of the Court make
14 | appropriate adjustment in the assignment of criminal cases to
15 | compensate for this reassignment.
16 |    IT IS SO ORDERED.

Dated:  June 12, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge