DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>                                )<br>      v.                        )<br>                                )<br>                                )<br>                                )<br> JOSE RAMOS,                    )<br>                                )<br>            Defendant.          )<br> _____  | Nos. CR.08-256-GEB<br>     CR.02-481-GEB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME**<br><br>Date: August 1, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL MCCONKIE, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for July 11, 2008 be continued to August 1, 2008, and that time be excluded for preparation of counsel.

The government has provided defense counsel with a plea agreement. Defense counsel needs additional time to discuss the plea agreement with the government and Mr. Ramos. Further, the parties must discuss the resolution of the pending supervised release violation related to the new case.

The parties ask that the Court approve this continuance for both

1 | cases and exclude time pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local
2 | Code T4) for preparation of defense counsel and in the interests of
3 | justice.

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: July 9, 2008                 /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant


                                    McGREGOR SCOTT
                                    United States Attorney

DATED: July 9, 2008                 /s/ RACHELLE BARBOUR for
                                    DANIEL MCCONKIE
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

### O R D E R

**IT IS SO ORDERED.**

Dated:  July 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge